620 A.2d 1050

LARRY SCHIAVO AND JOAN SCHIAVO, HUSBAND AND WIFE, PLAINTIFFS–APPELLANTS, v. JOHN F. KENNEDY HOSPITAL, DEFENDANT–RESPONDENT, AND DR. GERALD MONTICOLLO; MICHAEL SPIVAK, D.O.; AND DR. LEVIN AND/OR JOHN DOE, M.D., A MEDICAL PROVIDER, DEFENDANTS.

Argued February 17, 1993—Decided March 25, 1993.

*Janice L. Richter* argued the cause for appellants (*Richter & Scaramella,* attorneys).

*Stacy L. Moore, Jr.,* argued the cause for respondent (*Parker, McCay & Criscuolo,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 258 *N.J.Super.* 380, 609 *A.*2d 781 (1992).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*Opposed*—None.